FILED IN CHAMBERS
U.S.D.C. Atlanta

JUN 2 0 2012

JAMES N. HATTEN, Clerk
By: L. Wade-Childs
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL INDICTMENT |
| v. | : | |
| DWAYNE FIELDS, a/k/a "New York," KHALIF JACKSON, a/k/a "New Jersey" and MOSEZELL KELLY, a/k/a "Zip," a/k/a "Zig" | : | NO. 1: 12- CR-200 |
| | | **UNDER SEAL** |

THE GRAND JURY CHARGES THAT:

COUNT ONE

Beginning on or about January 18, 2012, and continuing through on or about June 4, 2012, in the Northern District of Georgia, the defendants, DWAYNE FIELDS, a/k/a "New York," KHALIF JACKSON, a/k/a New Jersey," and MOSEZELL KELLY, a/k/a "Zip," a/k/a "Zig," aided and abetted by one another and by other persons both known and unknown to the Grand Jury, willfully engaged in the business of dealing firearms without a license, all in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 2.

COUNT TWO

On or about February 23, 2012, in the Northern District of Georgia, the defendant, DWAYNE FIELDS, a/k/a "New York," aided and abetted by others known and unknown to the Grand Jury, did knowingly make false statements and representations with respect to information required by law to be kept in the records of federally

licensed firearm dealer, Forest Park Army and Navy, 858 Main Street, Forest Park, Georgia, 30297, in that, in connection with the acquisition of two firearms from said dealer, DWAYNE FIELDS, a/k/a "New York," did indicate and cause to be indicated on ATF Form 4473, that he was the actual buyer of the firearms when in truth he was not the actual buyer of the firearms, all in violation of Title 18, United States Code, Section 924(a)(1)(A) and 2.

A True BILL

FOREPERSON

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

STEPHANIE GABAY-SMITH
ASSISTANT UNITED STATES ATTORNEY
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6242
Georgia Bar No. 663519