FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUL 0 3 2012

JAMES N. HATTEN, Clerk
By: Deputy Clerk

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

UNITED STATES OF AMERICA,

Plaintiff

vs

MOSEZELL KELLY,

Defendant.

CRIMINAL CASE NO.

1:12-CR-200-AT-JFK

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

To: Any U.S. Marshal, Warden, **Clayton County Jail** and/or any other authorized officer.

YOU ARE HEREBY COMMANDED to have the body of **MOSEZELL KELLY** by you restrained of his liberty, as it is said, by whatsoever names detained before the **Honorable Janet F. King**, United States Magistrate Judge of the United States District Court for the Northern District of Georgia, Courtroom 2008, 75 Spring Street., S.W. Atlanta, Georgia at **10:00, a.m. on July 9, 2012**, and from day to day thereafter until discharged by the Court, then and there to be arraigned/tried on the indictment/information and receive and abide by the judgment of this Court in the above-entitled case, thence to be returned to the custody from which he came, and have you this writ.

WITNESS the Honorable Judges of the United States District Court for the Northern District of Georgia, this 3rd day of July, 2012.

ATTEST: A TRUE COPY
CERTIFIED THIS

JUL 0 3 2012

James N. Hatten, Clerk
By: Deputy Clerk

JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE

cc: Stephanie Gabay-Smith - USA
Duty Federal Defender