**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 23, 2014

James N. Hatten
Richard B. Russell Bldg & US Courthouse
75 SPRING ST SW
STE 2211
ATLANTA, GA 30303-3309

Appeal Number: 13-15961-FF
Case Style: USA v. Mosezell Kelly
District Court Docket No: 1:12-cr-00200-AT-JFK-3

The enclosed judgment is hereby issued as the mandate of this court.

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Janet K. Mohler
Phone #: (404) 335-6178

Enclosure(s)

MDT-1 Letter Issuing Mandate

**UNITED STATES COURT OF APPEALS**
**For the Eleventh Circuit**

---

No. 13-15961

---

District Court Docket No.
1:12-cr-00200-AT-JFK-3

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MOSEZELL KELLY,
a.k.a. Zip,
a.k.a. Zig,

Defendant - Appellant.

---

Appeal from the United States District Court for the
Northern District of Georgia

---

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: September 23, 2014
For the Court: John Ley, Clerk of Court
By: Jeff R. Patch

Issued as Mandate:
October 23, 2014