FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 05 2016

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

ATTEST: A TRUE COPY
CERTIFIED THIS

AUG 05 2016

James N. Hatten, Clerk
By: Deputy Clerk

Judge Amy Totenberg,

Judge Totenberg I put In A Motion for Clarification In The Courts Earlier last year, Concerning the Credit I suppose to recieve for being Under Federal Custody. I recieved A respond in the form OF A order later in November 2015 granting My Motion of Clarification, Which Clarifies that the term of Imprisonment Imposed by the Court was 60 Months," With Credit To be given by the Bureau of Prison for All Time Served under Federal Custody". Further Directed "That My Federal Sentence run Concurrent to any State Sentence Imposed." Now As you Already Know The time Im discussing In My Motion was from Nov. 6, 2012 until Dec. 13, 2013. Which is the time I fought My Federal Charges in A Federal Facility, Under Federal Custody for A total of 13 Months. (This is Something The Court is Aware of Clearly). I was given Credit for those 13 Months on the day of My Sentencing. The "FBOP" Is Not Honoring My Sentence or your Judgement, and I Don't Understand why this Is happening. This Is time I was given Credit for, And I recieved A order Clarifying that I recieved This time, They are still giving Me A Hard time. I Don't Know If you have To explain in detail what time I was being Credited for or present Some other type of document, but I Never heard of A Court order being denied or A judges Word Not being Honored. That Is Against The law and I would really appreciate If you would address this issue for Me. I suppose to be preparing to Come Home in A Few Months Instead I have To Do A extra year. I've done

My time and I learned From My Mistakes. If I Was suppose to do Another year, I would Not be writing your Court or Wasting your time, but They are Not treating Me Fairly because I earned and recieved Credit for My time I served. You Gave Me Credit for All time Served in Federal Custody and I should be Credited That time. Could you please resolve this issue in a timely Fashion So I Can Make it Home on time. Thank you So Much I Will be waiting for your response.

To Summarize My letter judge Totenberg, I recieved a order From the Courts granting My Motion For clarification. Clarifying That I Was To Be Given Credit For All time Served Under Federal Custody. I am Not being awarded that time and I Don't Know what else to do. I Never seen A order be denied and Noone I've talk to At The Institution Im Currently being Held At have No Idea Why this issue is Not resolved. Im Asking you For A Helping Hand In this matter So I Can Make it Home on time. Maybe We have To Call me back To Court or Maybe there Is A way the Court Can Word Another Order so I Can be Credited My time. Again I would really appreciate your Concern In this Matter.

Mosezell L. Kelly
#64216-019
U.S.P. Big Sandy

P.S.

Also judge Totenberg If For Some odd reason there's No way to get My 13 Month's Credited To me threw documentation. I Think it's Only Fair to Me and your Judgement I Be Called back To Court for re-sentencing. Being that If The Court Would have Known That The FBOP was Not going to Credit My time, The Court would have adjusted My Sentence To 47 Months instead of the 60 Months that was imposed To Me. Again Judge Totenberg I suppose To be preparing To Come in the next 4 Months if this is Not solved I will do A extra year